AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 06, 2025**

SEAN F. McAVOY, CLERK

Blane Corey DeSantis
in propria persona, Executor and Beneficiary of the BLANE COREY DESANTIS TRUST, and The DeSantis Trust
*Plaintiff*

v.

Canopy Credit Union a.k.a. Spokane Federal Credit Union, Parker Toyota, Charlotte Nemec, CEO of Canopy, in individual and official capacity, Barry Saxton, employee/officer of Canopy, in individual and official capacity
*Defendant*

Civil Action No. 2:25-cv-00356-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is dismissed without prejudice for failing to pay the filing fee.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke

Date: 10/6/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham